# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1473

_____

JOANN SOWDERS,

Appellant,

v.

PIER PARK, LLC,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

April 8, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Zachary VanDyke, Panama City, for Appellant.

Jack D. Luks and Deana N. Dunham, Jacksonville, and Edgardo Ferreyra and Daniel Weinger, Miami of Luks, Santaniello, Petrillo & Jones, for Appellee.